BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant HENRIQUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FERNANDO HENRIQUEZ,<br><br>　　　　　Defendant. | No.   CR-10-00916-PJH<br><br>STIPULATED REQUEST TO CONTINUE HEARING DATE TO MARCH 15, 2011 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND [PROPOSED] ORDER<br><br>Hearing Date: February 16, 2011<br>Time:　　　　9:30 a.m. |

　　　　The above-captioned matter is set on February 16, 2011, before this Court for a status hearing. The parties jointly request that the Court continue the matter to March 15, 2011, at 9:30 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), between February 16, 2011 and March 15, 2011.

　　　　On December 16, 2010, the Grand Jury charged Mr. Henriquez with illegal reentry following deportation, in violation of 8 U.S.C. §1326. If convicted, Mr. Henriquez faces a statutory maximum of 20 years imprisonment.

　　　　The current status of the case is that the parties are negotiating this matter and anticipate that there will be a negotiated disposition of the case. In the meantime, the government has produced discovery to the defense and defense counsel needs additional time to review and

1  process the discovery provided.  The defense also requires additional time to complete its

2  investigation of the circumstances of the offense and to assess and confirm Mr. Henriquez's

3  Guidelines range.

4      The requested continuance will allow the defense to complete its review of the discovery,

5  to investigate the underlying facts of the case, and to research and to confirm Mr. Henriquez's

6  Guidelines range.  For this reason, the parties agree that the failure to grant this continuance

7  would unreasonably deny counsel for defendant the reasonable time necessary for effective

8  preparation, taking into account the exercise of due diligence.

9      The parties further stipulate and agree that the ends of justice served by this continuance

10 outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, the

11 parties agree that the period of time from February 16, 2011 to March 15, 2011, should be

12 excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A)

13 and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due

14 diligence.

15 DATED: February 17, 2011                                /S/
                                                                                    TREVOR RUSIN
16                                                                                  Assistant United States Attorney

17

18 DATED: February 17, 2011                                /S/
                                                                                    ANGELA M. HANSEN
19                                                                                  Assistant Federal Public Defender

20

21

22

23

24

25

26

Stip. Req. To Continue Hearing Date and to
Exclude Time, CR-10-00916-PJH                                2

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given defense counsel's need to complete its review the discovery;

2. Given that the defense needs additional time to investigate the underlying facts of the case, to review records and to research defendant's sentencing Guidelines range;

3. Given that these above-listed tasks are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

4. Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial;

Based on these findings, it is ordered that the status hearing date of February 16, 2011, scheduled at 9:30 a.m., is vacated and reset for March 15, 2011, at 9:30 a.m., before the sitting United States Magistrate Judge. It is further ordered that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from February 16, 2011 to March 15, 2011.

February 22, 2011

_____
LAUREL BEELER
United States Magistrate Judge