1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone:  (510) 637-3500

5  Counsel for Defendant HENRIQUEZ

6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                          OAKLAND DIVISION

10 UNITED STATES OF AMERICA,          )    No.    CR-10-00916-PJH
                                      )
11         Plaintiff,                 )    STIPULATED REQUEST TO CONTINUE
                                      )    HEARING DATE TO APRIL 6, 2011 AND
12    v.                              )    TO EXCLUDE TIME UNDER THE
                                      )    SPEEDY TRIAL ACT AND [PROPOSED]
13 FERNANDO HENRIQUEZ,                )    ORDER
                                      )
14         Defendant.                 )    Hearing Date: March 15, 2011
                                      )    Time:          9:30 a.m.
15 _____   )

16

17        The above-captioned matter is set on March 15, 2011 before this Court for a status

18 hearing.  The parties jointly request that the Court continue the matter to April 6, 2011 at 9:30

19 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A)

20 and (B)(iv), between March 15, 2011 and April 6, 2011.

21        On December 16, 2010, the Grand Jury charged Mr. Henriquez with illegal reentry

22 following deportation, in violation of 8 U.S.C. §1326.  If convicted, Mr. Henriquez faces a

23 statutory maximum of 20 years imprisonment.

24        The current status of the case is that the parties are negotiating this matter and anticipate

25 that there will be a negotiated disposition of the case.  In the meantime, the government has

26 produced discovery to the defense and defense counsel needs additional time to review and

Stip. Req. To Continue Hearing Date and to
Exclude Time, CR-10-00916-PJH

process the discovery provided.  The defense also requires additional time to complete its investigation of the circumstances of the offense and to assess and confirm Mr. Henriquez's Guidelines range.

The requested continuance will allow the defense to complete its review of the discovery, to investigate the underlying facts of the case, and to research and to confirm Mr. Henriquez's Guidelines range.  For this reason, the parties agree that the failure to grant this continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The parties further stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, the parties agree that the period of time from March 15, 2011 until April 6, 2011, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due diligence.

DATED: March 10, 2011                    _____/S/_____

TREVOR RUSIN
Assistant United States Attorney


DATED: March 10, 2011                    _____/S/_____

ANGELA M. HANSEN
Assistant Federal Public Defender

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1.      Given defense counsel's need to complete its review the discovery;

2.      Given that the defense needs additional time to investigate the underlying facts of the case, to review records and to research defendant's sentencing Guidelines range;

3.      Given that these above-listed tasks are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

4.      Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial;

Based on these findings, it is ordered that the status hearing date of March 15, 2011, scheduled at 9:30 a.m., is vacated and reset for April 6, 2011, at 9:30 a.m., before the sitting United States Magistrate Judge.  It is further ordered that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from March 15, 2011 until April 6, 2011.

March 10, 2011                                        _____
                                                      DONNA M. RYU
                                                      United States Magistrate Judge